IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMANTHA MOORE, | |
| Plaintiff, | Case No. 24-cv-10385 |
| v. | Honorable Judge Jeremy C. Daniel |
| I-55 TRUCKSTOP RESTAURANT, INC., | Honorable Magistrate Judge Jeannice W. Appenteng |
| Defendant. | |

### DEFENDANT'S DISCOVERY STATUS REPORT

**A.     Discovery that has been completed by Defendant:**

Defendant has served its interrogatory answers on Plaintiff and its 26(a) disclosures.

**B.     Defendant's outstanding discovery obligations:**

Defendant owes Plaintiff responses to request to produce. Due to the volume of documents requested and a personal situation involving the corporate agent who has access to the documents in question, Defendant requests an additional 21 days to respond to Plaintiff's document request.

                                                              Respectfully submitted
                                                              /s/Robert Orman

Robert Orman
1 North Lasalle Suite 3030
Chicago IL 60602
312-372-0515
rob@ormanlawoffices.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing, of 6/5/25, was served by email on Plaintiff's counsel by email.

                                                              /s/Robert Orman